LAW OFFICES

# BRODSKY & SMITH, LLC

**240 MINEOLA BLVD**
**MINEOLA, NY 11501**
–

516.741.4977
FAX 516.741.0626
www.brodsky-smith.com

| PENNSYLVANIA OFFICE | CALIFORNIA OFFICE | NEW JERSEY OFFICE |
|---|---|---|
| TWO BALA PLAZA, SUITE 805 | 9595 WILSHIRE BLVD. SUITE 900 | 1310 KINGS HIGHWAY N. |
| BALA CYNWYD, PA 19004 | BEVERLY HILLS, CA 90212 | CHERRY HILL, NJ 08034 |
| 610.667.6200 | 877.534.2590 | 856.795.7250 |

January 11, 2022

**VIA ECF UPLOAD**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED IN PART and DENIED IN PART.  The parties'
deadline to submit a joint letter and proposed case management plan
and scheduling order is adjourned to **January 19, 2022, at noon**.  The
initial pretrial conference is rescheduled to **January 26, 2022, at 4:20
PM**.  The parties are directed to the order at Dkt. No. 8 for instructions
on how to connect to the conference.  Plaintiff shall serve this Order
on Defendants via email.

   **Re:     Letter Motion for Adjournment of Deadlines**
           ***Wong v. Golden Nugget Online Gaming, Inc., et al.,***
           **No.: 1:21-cv-09331-LGS**

Dated: January 12, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

        We are counsel to Plaintiff Peter Wong ("Plaintiff") in the above-captioned matter.
We write pursuant to Rule I.B.2 of Your Honor's Individual Rules and Practices in Civil
Cases to request an adjournment to the scheduled deadline for joint Initial Pretrial
Conference materials to be submitted in advance of the Initial Pretrial Conference currently
scheduled for March 16, 2022 in order for those materials to more accurately reflect the
status of the action at the time of the hearing.

        In particular, we respectfully request that these appearances and deadlines be reset
as set-forth below:

| Appearance/Event | Current Date/Deadline | Requested New Date/Deadline |
|---|---|---|
| Parties to submit a joint letter in advance of Initial Pretrial Conference | January 12, 2022 | March 9, 2022 |

No Previous extensions to these dates, or any other dates in this action, have so-far been requested by any Party.  On January 11, 2022, we advised Counsel for Defendants of the intention to seek this extension.  Counsel for Defendants Golden Nugget Online Gaming, Inc., Tilman J. Fertitta, Richard H. Liem, Steven L. Scheinthal, G. Michael Stevens, Michael Chadwick, and Scott Kelly, advised thereafter that such Defendants do not oppose the adjournment.  Plaintiff's Counsel did not hear back from Counsel for Defendants Draftkings Inc., Duke Merger Sub, Inc., and Gulf Merger Sub, Inc. by the time of this filing.  In the event that Counsel for those Defendants respond, Plaintiff will inform Your Honor promptly.

   Respectfully submitted,


Dated: January 11, 2022     **BRODSKY SMITH**

       By: */s/ Evan J. Smith*
         Evan J. Smith
         240 Mineola Boulevard
         Mineola, NY  11501
         Phone:  (516) 741-4977
         Facsimile (561) 741-0626

         *Attorneys for Plaintiff*


cc: All Counsel of Record (via CM/ECF)