UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PETER WONG,
                           Plaintiff,

                21 Civ. 9331 (LGS)

-against-

                ORDER

GOLDEN NUGGET ONLINE GAMING, INC.,
et al.,
                          Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated January 12, 2022, required the parties to file a proposed case management plan and joint letter by January 19, 2022, at noon;

    WHEREAS, none of the Defendants have appeared, and Plaintiff has not filed proof of service of the summons and complaint on the docket;

    WHEREAS, Plaintiff has been in contact with counsel for at least some of the Defendants;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that if Plaintiff has been in continued communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 21, 2022, at noon**.  If Plaintiff has not been in communication with Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **January 21, 2022, at noon**.

Dated: January 19, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE