UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER WONG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDEN NUGGET ONLINE GAMING, INC., TILMAN J. FERTITTA, RICHARD H. LIEM, STEVEN L. SCHEINTHAL, G. MICHAEL STEVENS, MICHAEL CHADWICK, SCOTT KELLY, DRAFTKINGS INC., DUKE MERGER SUB, INC., and GULF MERGER SUB, INC,<br><br>　　　　Defendants. | Case No.: 1:21-cv-09331-LGS<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Peter Wong ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 19, 2022　　　　　　　**BRODSKY & SMITH**

　　　　　　　　　　　　　　　　By:　*/s/ Evan J. Smith*
　　　　　　　　　　　　　　　　　　Evan J. Smith
　　　　　　　　　　　　　　　　　　240 Mineola Boulevard
　　　　　　　　　　　　　　　　　　Mineola, NY  11501
　　　　　　　　　　　　　　　　　　Phone:  (516) 741-4977
　　　　　　　　　　　　　　　　　　Facsimile (561) 741-0626

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

All deadlines are ADJOURNED and all conferences are CANCELLED.

So Ordered.

Dated: January 20, 2022
New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**